UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD YOHN,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., BARD PERIPHERAL VASCULAR, INC., AND McKESSON CORPORATION<br><br>            Defendants. | Civil Action No. 1:20-cv-11677-ADB |

## STIPULATION TO DISMISS CLAIMS AGAINST
## McKESSON CORPORATION WITHOUT PREJUDICE

Plaintiff Richard Yohn and Defendants C. R. Bard, Inc., Bard Peripheral Vascular, Inc., and McKesson Corporation stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint and all causes of action against Defendant McKesson Corporation are dismissed without prejudice, with each party to bear its own costs and fees.

DATED this 11th day of September, 2020.

| | |
|---|---|
| /s/ *Steven S. Schulte*<br>Steven S. Schulte<br>Texas Bar No. 24051306<br>(PHV forthcoming)<br>Fears Nachawati, PLLC<br>5473 Blair Road<br>Dallas, TX 75231<br>T 214.890.0711<br>F 214.890.0712<br>schulte@fnlawfirm.com<br><br>*Counsel for Plaintiff* | /s/ *Matthew E. Brown*<br>Matthew E. Brown<br>Jennifer G. Roma<br>Nelson Mullins Riley & Scarborough, LLP<br>One Post Office Square, 30th Floor<br>Boston, MA 02109<br>T 617.217.4700<br>F 617.217.4710<br>matt.brown@nelsonmullins.com<br>jennifer.roma@nelsonmullins.com<br><br>*Attorneys for Defendants C. R. Bard, Inc., Bard Peripheral Vascular, Inc. and McKesson Corporation* |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: September 11, 2020                  */s/ Matthew E. Brown*
                                                   Matthew E. Brown